# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Jose Hermosillo,<br><br>　　　　　　Defendant. | No. 25-MJ-1880-LCK<br><br>**ORDER** |

　　　Upon oral motion by the Government, and without objection, IT IS ORDERED the Complaint be DISMISSED WITHOUT PREJUDICE against this defendant, JOSE HERMOSILLO.

　　　Dated this 17th day of April, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Honorable Maria S. Aguilera
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge